

# Fourth Court of Appeals
## San Antonio, Texas

May 4, 2017

No. 04-16-00831-CV

**WONG GROCERY CO., LLC**,
Appellant

v.

Patrick **LAMBKIN**, Felipe Valdez dba Raw Happiness Juice Bar,
Appellees

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-10644
Honorable Solomon Casseb, III, Judge Presiding

## O R D E R

Appellant's brief was originally due on March 29, 2017, This Court granted Appellant's motion for a 30-day extension of time to file his brief, extending the deadline to May 1, 2017. Appellant now files a second opposed motion for extension of time requesting another 30-day extension.

It is ORDERED the motion is GRANTED. Appellant must file the brief on or before May 31, 2017. **NO FURTHER EXTENSIONS OF TIME WILL BE ALLOWED**.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of May, 2017.

_____
Keith E. Hottle
Clerk of Court